IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LORI CHAVEZ-DEREMER, Secretary of Labor, U.S. Department of Labor, *Plaintiff,* – *v.* – LOCAL 1700, AMALGAMATED TRANSIT UNION, AFL-CIO, *Defendant.* | Civil Action No. 1:23-cv-4029-MLB |

**Notice of Settlement**

The Court recently ordered the parties to state whether they would consent to mediation before a U.S. Magistrate Judge. The Attorney's Office for the Northern District of Georgia, on behalf of the Acting Secretary of Labor, respectfully informs the Court that there is no need for mediation: the parties were able to negotiate a settlement on their own.

The parties will shortly file a joint stipulation setting forth the terms of the settlement. In short, the Union will consent to the Secretary of Labor supervising the Union's next regularly scheduled election (effectively granting the Secretary the relief sought in this case) on the condition that the election be held on roughly the same schedule as the Union's next regularly schedule election,

1

thereby saving the Union from the risk of needing to conduct an extra election should it lose this lawsuit. The Court would need to so-order these terms.

The parties thank the Court for its assistance with this matter.

Respectfully submitted,

Theodore S. Hertzberg
 *U.S. Attorney*

Anthony C. DeCinque
 *Assistant U.S. Attorney*
 G.A. Bar # 130906
 anthony.decinque@usdoj.gov

75 Ted Turner Drive SW, Suite 600
Atlanta, GA 30303
(404) 581-6000 fax (404) 581-6181

*Counsel for the Secretary of Labor*

2

## Certificate of Compliance

I hereby certify, pursuant to Local Rule 7.1(D), that the above document was prepared in 13-point, Book Antiqua font.

*s/ Anthony C. DeCinque*
Anthony C. DeCinque
*Assistant U.S. Attorney*
