IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| LORI CHAVEZ-DEREMER,<br>Secretary of Labor,<br>U.S. Department of Labor,<br><br>*Plaintiff,*<br><br>– *v.* –<br><br>LOCAL 1700, AMALGAMATED TRANSIT<br>UNION, AFL-CIO,<br><br>*Defendant.* | Civil Action No.<br>1:23-cv-4029-MLB |

**CERTIFICATION OF ELECTION BY U.S. DEPARTMENT OF LABOR**

The election of officers of Amalgamated Transit Union (ATU) Local 1700, having been conducted in the above matter under the supervision of the Secretary of Labor, U.S. Department of Labor, pursuant to the Court's Stipulation and Order of Settlement entered September 16, 2025, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (LMRDA), 29 U.S.C. §§ 481–83, and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable, therefore:

Pursuant to section 402(c) of the LMRDA, 29 U.S.C. § 482(c), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| Karen Miller | President |
| Kema Tyler | Executive vice president |
| Sammie Howard Jr. | Financial secretary-treasurer |
| Berlon F. Robinson | West region vice president |
| Michael A. Rodriguez | East region vice president |

Attached herewith is a declaration setting forth the conduct of the election.

Signed this **12th** day of February 2026.

*molly wagoner*

_____

Molly Wagoner, Chief
Division of Enforcement
Office of Labor-Management Standards
U.S. Department of Labor

2