IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LORI CHAVEZ-DEREMER,
Secretary of Labor,
U.S. Department of Labor,

*Plaintiff,*

– *v.* –

LOCAL 1700, AMALGAMATED TRANSIT
UNION, AFL-CIO,

*Defendant.*

Civil Action No.
1:23-cv-4029-MLB

**DECLARATION OF MOLLY WAGONER**

I, Molly Wagoner, am the Chief of the Division of Enforcement, Office of

Labor-Management Standards (OLMS), U.S. Department of Labor. OLMS

supervised an election of officers of Amalgamated Transit Union (ATU) Local

1700, which was held on December 18, 2025 (hereinafter "supervised election"),

pursuant to the Stipulation and Order of Settlement entered by the Court on

September 16, 2025.

The supervised election included new elections for the positions of

president, executive vice president, financial secretary-treasurer, east region vice

president, and west region vice president. The supervised election did not include a new election for the position of central region vice president because that position was eliminated in accordance with the Local 1700 bylaws.

The OLMS election supervisor held a pre-election conference on October 9, 2025. At this conference, proposed dates and rules for the conduct of the election were discussed.

On October 16, 2025, combined nomination and election notices were mailed to each member's home address. Among other information, the notice informed members about eligibility to nominate, to run for office, and to vote, as provided in the election rules, ATU constitution, and Local 1700 bylaws. Any member in good standing—that is, current in dues payments as of the specified date—was eligible to nominate candidates and to vote in the election. To be eligible for office, a member must have been in continuous good standing for the two years preceding the day of the nomination meeting. Nominees could pay any arrearage owed before the nomination acceptance deadline to become eligible for office.

A nomination meeting was held on November 4, 2025. Election chair Rodney Jackson chaired the nomination meeting. The election supervisor attended and supervised the conduct of the nominations. Jackson opened and read the written nominations. There were no nominations from the floor. For the

race of financial secretary-treasurer, only the incumbent was nominated; he was declared elected by acclamation.

After the nomination meeting concluded, OLMS assisted the election committee with nominee eligibility verification. On November 4, 2025, OLMS emailed nominee letters and observer and acceptance forms to all nominees. Two nominees were notified that they were in arrears; they paid the amounts owed on or before November 7, 2025, making them eligible to run for office.

The Local 1700 bylaws require nominees to submit their willingness to serve by returning their written acceptance form after receiving notification of their nomination. The nominee letter stated that nomination acceptance forms were due by email to the election supervisor by 5:00 p.m. on November 7, 2025. Nominee Charles Edwards submitted his acceptance form at 6:38 p.m. on November 7, 2025. After consultation with the election committee and OLMS, the election supervisor notified Edwards by telephone on November 10, 2025, and by letter emailed to him on November 13, 2025, that his acceptance form was not considered timely and that his name would not appear on the ballot. All other nominees timely accepted their nominations.

A candidate meeting was held on November 10, 2025. The election supervisor emailed campaign guidance to candidates on November 12 and 19, 2025.

The ballots were printed under OLMS supervision by a third-party vendor on November 15, 2025. A total of 896 ballot packets were mailed to members by another third-party vendor on November 18, 2025, under OLMS supervision. Of the 896 ballot packets originally mailed, 37 were returned as undeliverable. The election supervisor was able to obtain updated addresses and remail ballot packets to 20 of those members. Additionally, the election supervisor mailed 32 replacement ballots to members who requested them, another 2 replacement ballots to members whose combined nomination and election notices were returned as undelivered, and 39 ballots to new and reinstated members who requested them.

The voting instructions included in the ballot packets provided that voted ballots had to be returned to the designated post office box by 12:00 noon on December 18, 2025. The election supervisor, accompanied by the election committee and two candidates' observers, picked up the ballots from the post office shortly after noon on December 18, 2025. The ballots were then transported to the Hilton Atlanta Northeast and tallied.

A total of 268 ballots were returned, 260 of which were valid ballots and were counted. The remaining 8 ballots were voided for the following reasons: 6 were returned by individuals who were ineligible to vote (4 suspended for non-payment of dues and 2 terminated from employment), and 2 ballot envelopes

4

contained notes stating that the members were deceased. All challenged ballots were resolved.

The ballot tally was conducted by the election committee, the election supervisor, and other OLMS representatives. The election results are reproduced below.

| Office | Candidate | Votes | Margin |
|---|---|---|---|
| President | **Karen Miller (I)** | **116** | **33** |
| | Raymond Towler | 83 | |
| | Bertram Byrd | 56 | |
| Executive vice president | **Kema Tyler** | **99** | **12** |
| | Robert Johnson | 87 | |
| | Andrea White | 61 | |
| Financial secretary-treasurer | **Sammie Howard Jr. (I)** | N/A | N/A |
| West region vice president | **Berlon F. Robinson (I)** | **54** | **11** |
| | Leonard Weaver | 43 | |
| | Tamika I. Harvey | 13 | |
| East region vice president | **Michael A. Rodriguez (I)** | **70** | **14** |
| | Dwayne L. Franklin | 56 | |

Notes: **Bold** indicates winner. (I) indicates incumbent.

After the tally, the ballot tally certification form and election conduct certification form were signed by the election supervisor, election committee, and observers. The election results were posted on Local 1700's website on December 18, 2025. No pre-election or post-election protests were received.

The Department of Labor has determined that Local 1700's December 18, 2025, election of officers, conducted under OLMS's supervision, complied with Title IV of the LMRDA and was conducted, insofar as lawful and practicable, in

accordance with Local 1700's constitution and bylaws. Therefore, the results of this supervised election should be certified by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this **12th** day of February 2026 in Washington, District of Columbia.

_____
Molly Wagoner, Chief
Division of Enforcement
Office of Labor-Management Standards
U.S. Department of Labor

6